■ The People of the State of New York, Respondent, v Galip Vatansever, Appellant. [771 NYS2d 910]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered June 14, 2001, convicting him of criminal sale of a controlled substance in the third degree (four counts), criminal possession of a controlled substance in the third degree (two counts), and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of his right to a public trial is not preserved for appellate review (*see People v Casper*, 287 AD2d 575 [2001]; *People v Torres*, 257 AD2d 639 [1999]), and we decline to address it in the exercise of our interest of justice jurisdiction (*see* CPL 470.05 [2]).

The defendant's remaining contentions in his supplemental pro se brief are without merit. Ritter, J.P., Smith, H. Miller and Mastro, JJ., concur.